UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
G & G Closed Circuit Events, LLC,       DEFAULT JUDGMENT (proposed)

                       Plaintiff,

    - against -       Case No.: 7:21-cv-05829-CS

Jose M. Reyes, individually and d/b/a El Compadre
Mexican Restaurant; and El Compadre Restaurant
Corp., an unknown business entity d/b/a El
Compadre Mexican Restaurant

                       Defendants.
-----------------------------------------------------------------X

       This action having been commenced on July 7, 2021 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Jose M. Reyes, individually and d/b/a El Compadre Mexican Restaurant on 7/28/2021 by affixing to the door of his place of residence 114 South Main Street Apt B1, Spring Valley NY 10977 (after three attempts on 7/15/21, 7/20/21 and 7/28/21). On July 29, 2021 service was completed by mailing a true copy of the summons and complaint. Proof of service was therefore filed on August 3, 2021, Doc. # 8; and upon El Compadre Restaurant Corp., an unknown business entity d/b/a El Compadre Mexican Restaurant by serving Nancy Dougherty, Business Document Specialist - NYS Dept. of State. and proof of service was therefore filed on July 28, 2021 [Doc. #7] and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is hereby

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendants in the liquidated amount of $ 6750.00* ~~with interest at~~ ~~% from~~ _____ plus costs and disbursements of this action in the amount of $ 1235.56 amounting in all to $ 7985.56.

Dated: ~~New York~~, White Plains, New York
10/27/21

_Cathy Seibel_
HON. CATHY SEIBEL
This document was entered on the docket on _____.

*$2250 actual damages
$4500 enhanced damage